**SHA-1 Hash:** 39C395496DB4FF8962F16E74DE3349F9B936D514   **Title:** Occupy My Ass
**Rights Owner:** Evil Angel

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 71.203.155.61 | 2/7/2012 21:45 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 2 | 98.224.53.95 | 2/23/2012 3:52 | Jacksonville | FL | Comcast Cable | BitTorrent |
| 3 | 98.231.120.249 | 2/9/2012 21:19 | Orange Park | FL | Comcast Cable | BitTorrent |
| 4 | 68.101.83.93 | 2/11/2012 2:34 | Ocala | FL | Cox Communications | BitTorrent |
| 5 | 76.2.106.48 | 2/3/2012 18:59 | Fort Myers | FL | Embarq Corporation | BitTorrent |
| 6 | 76.3.161.21 | 2/7/2012 0:01 | Cape Coral | FL | Embarq Corporation | BitTorrent |
| 7 | 108.33.79.127 | 2/15/2012 15:53 | Holiday | FL | Verizon Internet Services | BitTorrent |
| 8 | 173.65.102.119 | 2/22/2012 10:04 | Tampa | FL | Verizon Internet Services | BitTorrent |
| 9 | 71.100.143.122 | 2/9/2012 13:22 | Clearwater | FL | Verizon Internet Services | BitTorrent |
| 10 | 71.180.124.46 | 2/20/2012 23:56 | Bradenton | FL | Verizon Internet Services | BitTorrent |
| 11 | 71.180.180.185 | 2/2/2012 21:30 | Tampa | FL | Verizon Internet Services | BitTorrent |
| 12 | 72.64.149.48 | 2/16/2012 8:29 | Tarpon Springs | FL | Verizon Internet Services | BitTorrent |
| 13 | 96.252.170.50 | 2/9/2012 18:08 | Sarasota | FL | Verizon Internet Services | BitTorrent |
| 14 | 96.254.84.218 | 3/1/2012 5:14 | Tampa | FL | Verizon Internet Services | BitTorrent |

EXHIBIT A

LMFL9