3/21/12    Trademark Electronic Search System (TESS)



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Mar 21 04:35:46 EDT 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:    OR [Jump] to record:    **Record 2 out of 4**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | **EVIL ANGEL** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital discs featuring adult entertainment. FIRST USE: 19890105. FIRST USE IN COMMERCE: 19890105<br><br>IC 025. US 022 039. G & S: Shirts. FIRST USE: 19960105. FIRST USE IN COMMERCE: 19960105<br><br>IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring adult entertainment. FIRST USE: 19890105. FIRST USE IN COMMERCE: 19890105 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters, punctuation and mathematical signs, zodiac signs, prescription marks<br>SHAPES-COLORS-3-OR-MORE Design listing or lined for three or more colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 77925389 |
| **Filing Date** | February 1, 2010 |
| **Current Filing Basis** | 1A |

**EXHIBIT B**

tess2.uspto.gov/bin/showfield?f=doc&state=4007:9raavk.2.2

| | |
|---|---|
| Original Filing Basis | 1A |
| Published for Opposition | July 6, 2010 |
| Registration Number | 3849824 |
| Registration Date | September 21, 2010 |
| Owner | (REGISTRANT) John Stagliano, Inc. DBA E.A. Productions CORPORATION CALIFORNIA 14141 Covello St., Unit 8C Van Nuys CALIFORNIA 91405 |
| Attorney of Record | Allan B. Gelbard, Esq. |
| Description of Mark | The color(s) red, black and white is/are claimed as a feature of the mark. The mark consists of the word "Evil" in white, above the word "Angel" in black, both over a red background. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY